1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          CENTRAL DISTRICT OF CALIFORNIA

9

10   GEORGE HURTADO,                    )   No. CV 12-7641 PA (FFM)
                                        )
11                    Petitioner,       )   ORDER ACCEPTING FINDINGS,
                                        )   CONCLUSIONS AND
12        v.                            )   RECOMMENDATIONS OF
                                        )   UNITED STATES MAGISTRATE JUDGE
13   WARDEN, SVSP,                      )
                                        )
14                    Respondent.       )
     _____)
15

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

17   and files herein, and the Report and Recommendation of the United States Magistrate

18   Judge.  Petitioner has not filed any written Objections to the Report.  The Court concurs

19   with and accepts the findings, conclusions and recommendations of the Magistrate

20   Judge.

21        IT THEREFORE IS ORDERED that Respondent's motion to dismiss is

22   GRANTED; and Claims Two through Eighteen of the First Amended Petition are

23   dismissed with prejudice as untimely.

24

25   DATED: January 6, 2015

26

27                                          _____
                                                    PERCY ANDERSON
28                                              United States District Judge