JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE HURTADO, | ) | No. CV 12-7641 PA (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| WARDEN, SVSP, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that, all claims in the First Amended Petition having been dismissed, this matter is dismissed with prejudice.

DATED: April 26, 2016

_____
PERCY ANDERSON
United States District Judge